ATTILA BALAZ, *ET ALS.*, PLAINTIFFS-RESPONDENTS, v. BOARD OF EDUCATION OF TOWNSHIP OF NORTH BERGEN, *ET ALS.*, DEFENDANTS-PETITIONERS.

On petition for certification to Appellate Division, Superior Court.

*Messrs. Beggans & Keale* and *Mr. Robert E. Tarleton,* for the petitioners.

*Mr. Charles J. Tyne,* for the respondent.

May 31, 1966. Denied.

IN THE MATTER OF THE LAST WILL AND TESTAMENT OF THERESA GROBEL, DECEASED.

On petition for certification to Appellate Division, Superior Court.

*Messrs. Losche & Losche,* for the petitioner.

*Messrs. Major & Major,* for the respondent.

May 31, 1966. Denied.

THE BOARD OF EDUCATION OF TOWNSHIP OF EAST BRUNSWICK, PLAINTIFF-RESPONDENT, v. THE TOWNSHIP COUNCIL OF TOWNSHIP OF EAST BRUNSWICK, DEFENDANT-PETITIONER.

On petition for certification to Appellate Division, Superior Court.

See same case below: 91 *N. J. Super.* 20.

*Mr. Stanton L. Levy,* for the petitioner.

*Mr. Richard S. Cohen,* for the respondent.

May 31, 1966. Granted.